**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6709**

DAVID MEYERS,

       Petitioner - Appellant,

   v.

HAROLD CLARKE,

       Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:20-cv-00466-RAJ-DEM)

Submitted: October 4, 2021               Decided: October 13, 2021

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Meyers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Meyers, a Virginia inmate, has filed a notice of appeal in the underlying action, seeking to appeal the district court's order entered on March 29, 2021. Because there was no order entered in this action on or about that date, we dismiss this appeal for lack of jurisdiction. We also deny Meyers' motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*